1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RONALD CAMBELL,                         No.  2:15-cv-2345-EFB P

12              Plaintiff,

13        v.                                  ORDER

14   HERLONG FCI HEALTH SERVICES,

15              Defendants.

16

17        Plaintiff is a federal prisoner proceeding without counsel in an action brought for alleged

18   violations of his civil rights.  To proceed with a civil action, a plaintiff must pay the $400 filing

19   fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the

20   affidavit and trust account statement required by 28 U.S.C. § 1915(a).  Plaintiff has neither paid

21   the fee nor submitted a proper application for leave to proceed in forma pauperis.

22        Accordingly, plaintiff has 30 days from the date of service of this order to submit either

23   the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail

24   to plaintiff a form application for leave to proceed in forma pauperis.  Failure to comply with this

25   order will result in a recommendation that this action be dismissed.

26        So ordered.

27   Dated:  November 13, 2015.

28                                            EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE