UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CAMBELL,<br><br>    Plaintiff,<br><br>    v.<br><br>HERLONG FCI HEALTH SERVICES,<br><br>    Defendant. | No. 2:15-cv-2345-EFB P<br><br><br><br>ORDER |

    Plaintiff is a federal prisoner proceeding without counsel.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

    On November 16, 2015, the court found that plaintiff had failed to pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).  Accordingly, the court ordered plaintiff to file an in forma pauperis application or pay the filing fee within 30 days and warned him that failure to do so may result in this action being dismissed.

    On January 4, 2016, the court granted plaintiff a 60 day extension of time in which to comply.  Despite the extension of time, the time for acting has now passed and plaintiff has not filed an in forma pauperis application, paid the filing fee or otherwise responded to the court's order.

1  Accordingly, this action is dismissed without prejudice.

2  Dated: March 16, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE